IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>VICTORIA A. SPARKS,<br><br>        Defendant. | 4:16CR3095<br><br>**ORDER** |

IT IS ORDERED:

1) The defendant's unopposed motion to modify conditions of release, (Filing No. 34) is granted.

2) The Court's prior release order, (Filing No. 17) is modified as follows:

   The condition prohibiting Defendant from having contact with Emilio Llanes is removed.

3) The defendant shall comply with all other terms and conditions of his pretrial release.

Dated this 1st day of December, 2016

                                                  BY THE COURT:

                                                  *s/ Cheryl R. Zwart*
                                                  United States Magistrate Judge