IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 4:16CR3095 |
| v. | ) | |
| VICTORIA A. SPARKS, | ) | JUDGMENT |
| Defendant. | ) | |

IT IS ORDERED that judgment is entered for the United States and against the defendant providing that she shall take nothing and her § 2255 motion (filing no. 57) is dismissed with prejudice. No certificate of appealability has been or will be issued.

DATED this 7th day of August, 2017.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge